IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| MICROPOROUS, LLC, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) ) ) ) **Case No. _____** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and JANE NISHIDA, Administrator (Acting), United States Environmental Protection Agency, | ) ) ) ) ) ) ) |
| *Respondents*. | |

**PETITION FOR REVIEW**

Pursuant to the Toxic Substances Control Act ("TSCA"), 15 U.S.C. § 2618, the Administrative Procedure Act, 5 U.S.C. § 706, Rule 15 of the Federal Rules of Appellate Procedure, and Sixth Circuit Rule 15, Petitioner Microporous, LLC ("Petitioner") hereby petitions this Court to review and set aside certain provisions of the final agency action of the Respondents, United States Environmental Protection Agency ("EPA") and Jane Nishida, EPA Administrator (Acting)[1], entitled: "*Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)*," which was published in the Federal Register at 89 Fed. Reg. 102,568 on December 17, 2024.

Petitioner has attached a copy of EPA's final rule as **Exhibit 1**. Petitioner seeks review of the *TCE; Regulation under TSCA* pursuant to 15 U.S.C. § 2618(a)(1)(A),

---

[1] The EPA promulgated the final agency action under then-Administrator Michael S. Regan. Mr. Regan resigned from the position of EPA Administrator effective December 31, 2024. His successor, Jane Nishida, is named as Respondent in his place.

which authorizes any person, within 60 days of the promulgation of a rule under TSCA Subchapter I, to petition for review to the United States Court of Appeals for the circuit in which such person resides or in which such person's principal place of business is located. The principal place of business of Petitioner is located within the Sixth Circuit.

Petitioner challenges the *TCE; Regulation under TSCA* as arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; contrary to constitutional right, power, privilege, or immunity; in excess of statutory jurisdiction, authority, or limitations; without observance of procedure required by law; and not supported by substantial evidence in the rulemaking record taken as a whole. *See* 15 U.S.C. § 2618(c)(1)(B) (providing that 5 U.S.C. § 706 shall apply to review of a rule under this section).

Respectfully submitted,

*/s/ Melanie Black Dubis*
Melanie Black Dubis (N.C. State Bar No. 22027)
Charles Raynal (N.C. State Bar No. 32310)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
E-mail: melaniedubis@parkerpoe.com
E-mail: charlesraynal@parkerpoe.com

*Counsel for Petitioner Microporous, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, the foregoing was electronically submitted to the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit. I will serve the foregoing **PETITION FOR REVIEW** by transmitting a copy to the U.S. Environmental Protection Agency's Office of General Counsel and all others listed below by certified mail, return receipt requested on January 7, 2025, and by hand delivery on January 7, 2025 to accomplish service pursuant to 28 U.S.C. § 2112 and 40 C.F.R. 23.12(a).

> Correspondence Control Unit
> Office of General Counsel (2311)
> U.S. Environmental Protection Agency
> 1200 Pennsylvania Ave., NW.
> Washington, DC 20460
>
> Jane Nishida, Acting Administrator
> Office of the Administrator (1101A)
> U.S. Environmental Protection Agency
> 1200 Pennsylvania Avenue, N.W.
> Washington, D.C. 20460
> (*service by certified mail only*)
>
> Merrick Garland
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530
> (*service by certified mail only*)
>
> Todd Kim
> U.S. Assistant Attorney General
> U.S. Department of Justice
> Environmental and Natural Resources Division
> 950 Pennsylvania Ave., N.W.
> Washington, DC 20530
> (*service by certified mail only*)

This 6th day of January, 2025.

*/s/ Melanie Black Dubis*_____
Melanie Black Dubis

# Exhibit 1

PPAB 11807961v3