RECEIVED
JAN 15 2025
KELLY L. STEPHENS, Clerk

**NOTICE TO THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
OF MULTICIRCUIT PETITIONS FOR REVIEW**

| | |
|---|---|
| IN RE: Environmental Protection Agency, Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA), 89 Fed. Reg. 102568 (Dec. 17, 2024) | MCP No. _____ |

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the Environmental Protection Agency ("EPA") hereby notifies the United States Judicial Panel on Multidistrict Litigation of twelve petitions for review of the same final agency action, which were filed in nine different courts of appeals within 10 days after issuance of the agency action and received by EPA from the petitioners within the applicable ten-day period. The final agency action is entitled: "Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA)" ("TCE Risk Management Rule" or "Rule") and was published in the Federal Register at 89 Fed. Reg. 102568 by EPA on December 17, 2024. Pursuant to 40 C.F.R. § 23.5, a rule or order is promulgated for purposes of judicial review under TSCA Section 19(a)(1), 28 U.S.C. § 2618(a)(1), two weeks after the notice is published in the Federal Register. Therefore, the Rule's promulgation date for judicial review is December 31, 2024. Ten days after the promulgation date was January 10, 2025 which was a Saturday. Therefore, the 10-day period in 28 U.S.C. § 2112(a)(3) expired on January 10, 2025.

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Laura J. Brown*
LAURA J. BROWN
Environmental Defense Section
United States Department of Justice

P.O. Box 7611
Washington, D.C. 20044
(202) 514-3376
Laura.J.S.Brown@usdoj.gov

*Attorney for Respondents, EPA and Jane Nishida,
Acting Administrator, EPA*

## Schedule Required by Rule 25.2

A. Date of Federal Register publication of Trichloroethylene (TCE); Regulation Under the Toxic Substances Control Act (TSCA): December 17, 2024. Date of promulgation pursuant to 40 C.F.R. § 23.5: January 10, 2025.

B. EPA received the following petitions for reviews, which meet the criteria set forth in 28 U.S.C. § 2112(a) for random selection by the United States Panel on Multidistrict Litigation:

|   | Case Name | Circuit Court | Docket Number | Filing Date | Date Received by EPA |
|---|---|---|---|---|---|
| 1 | Massachusetts Coalition for Occupational and Safety and Health v. U.S. EPA | First Circuit | 25-1044 | 1/10/2025 | 1/10/2025 |
| 2 | Environmental Defense Fund v. U.S. EPA and Jane Nishida, Acting Administrator, U.S. EPA | Second Circuit | 25-61 | 1/08/2025 | 1/10/2025 |
| 3 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO v. U.S. EPA | Third Circuit | Pending | 1/10/2025 | 1/10/2025 |
| 4 | Alliance for a Strong U.S. Battery Sector, Texas Chemistry Council v. U.S. EPA and Jane Nishida, Acting Administrator, U.S. EPA | Fifth Circuit | 25-60010 | 1/07/2025 | 1/08/2025 |
| 5 | Microporous, LLC v. U.S. EPA and Jane Nishida, Acting Administrator, U.S. EPA | Sixth Circuit | 25-3007 | 1/07/2025 | 1/08/2025 |
| 6 | Ohio Technology Council v. U.S. EPA | Sixth Circuit | 25-3011 | 1/10/2025 | 1/10/2025 |
| 7 | Olin Corporation v. U.S. EPA and Michael S. Regan, Administrator, U.S. EPA | Eighth Circuit | 24-3634 | 12/31/2024 | 01/02/2025 |
| 8 | Missouri Alliance for a Strong U.S. Battery Sector v. U.S. EPA and Jane Nishida, Acting Administrator, U.S. EPA | Eighth Circuit | 25-1032 | 1/06/2025 | 01/08/2025 |
| 9 | Center for Environmental Health, v. U.S. EPA and Jane | Ninth Circuit | 25-80 | 1/06/2025 | 1/07/2025 |

|    |                                                                                                      |                     |          |            |            |
|----|------------------------------------------------------------------------------------------------------|---------------------|----------|------------|------------|
|    | Nishida, Acting Administrator, U.S. EPA                                                              |                     |          |            |            |
| 10 | American Chemistry Council and Georgia Chemistry Council v. U.S. EPA                                 | Eleventh Circuit    | 25-10029 | 1/06/2025  | 1/08/2025  |
| 11 | Trent Capital Partners, LLC v. and Jane Nishida, Acting Administrator, U.S. EPA                      | Eleventh Circuit    | 25-10033 | 1/06//2025 | 1/08/2025  |
| 12 | United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO v. U.S. EPA      | D.C. Circuit        | 25-1013  | 1/10/2025  | 1/10/2025  |

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*s/ Laura J. Brown*
LAURA J. BROWN
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3376
Laura.J.S.Brown@usdoj.gov

*Attorney for Respondents, EPA and Jane Nishida, Acting Administrator, EPA*

## Proof of Service

I hereby certify that on January 13, 2025, I have directed that copies of the foregoing Notice to the United States Panel on Multidistrict Litigation of Multicircuit Petitions for Review be sent by FedEx to the Clerks of the United States Courts of Appeals for the First, Second, Third, Fifth, Sixth, Eighth, Ninth, Eleventh and District of Columbia Circuits:

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Kelly L. Stephens, Clerk of Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Millie Adams, Circuit Executive
U.S. Court of Appeals for the Eighth Circuit
Thomas F. Eagleton United States Courthouse
111 South 10th Street
Room 26.325
St. Louis, MO 63102

Molly C. Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

David J. Smith
Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave NW
Washington, DC 20001

In addition, I have served the following counsel for petitioners via email and directed that copies be sent via first class mail:

**Counsel for Petitioner Massachusetts Coalition for Occupational Safety and Health**
Rachel Smit
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
(617) 841-8188
Email: rachel@fairworklaw.com

Randy S. Rabinowitz
Victoria L. Bor
OCCUPATIONAL SAFETY AND HEALTH LAW PROJECT, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
(301) 785-3204
Email: randy@oshlaw.org
Email: victoriabor87@gmail.com

**Counsel for Petitioner Environmental Defense Fund**
Samantha Liskow
Environmental Defense Fund
257 Park Ave S.
New York, NY 10010
(212) 616-1247
sliskow@edf.org

**Counsel for United Steel, Paper United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO**
Randy S. Rabinowitz
Victoria L. Bor
OCCUPATIONAL SAFETY AND HEALTH LAW PROJECT, LLC
P.O. Box 3769
Washington, D.C. 20027
(202) 256-4080
(301) 785-3204
Email: randy@oshlaw.org
Email: victoriabor87@gmail.com

**Counsel for Petitioner Microporous LLC**
Ms. Melanie Black Dubis
Parker Poe Adams & Bernstein
P.O. Box 389
Raleigh, NC 27602-0389
melaniedubis@parkerpoe.com

**Counsel for Petitioner Center for Environmental Health**
Robert M. Sussman
Sussman & Associates
3101 Garfield St. NW
Washington DC 20008
bobsussman1@comcast.net
202-716-0118

**Counsel for Petitioners American Chemistry Council and Georgia Chemistry Council**
David Y. Chung
Warren Lehrenbaum
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
dchung@crowell.com

**Counsel for Petitioner Olin Corporation**
Keith Bradley
Kayla Marie Mendez
717 Seventeenth Street, Suite 1825
Denver, CO 80202
Tel: 303-830-1776
Fax: 894-9239
Keith.Bradley@squirepb.com

Case Pending MCP No. 1   Document 1-2   Filed 01/13/25   Page 3 of 4

kayla.mendez@squirepb.com

Samuel B. Ballingrud
2550 M Street, NW
Washington, DC 20037
samuel.ballingrud@squirepb.com

W. Caffey Norman
2550 M Street NW
Washington, DC 20037
Tel: (202) 460-9495
caffeynorman@outlook.com

**Counsel for Petitioner Alliance for a Strong U.S. Battery Sector**
Daniel J. Feith
Jeremy D. Rozansky
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
dfeith@sidley.com

**Counsel for Petitioner Missouri Alliance for a Strong U.S. Battery Sector**
Barbara A. Smith
BRYAN CAVE LEIGHTON PAISNER, LLP 211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2367
barbara.smith@bclplaw.com

**Counsel for Texas Chemistry Council, Inc.**
David A. Terry
Hunton Andrews Kurth LLP
600 Travis Street, Suite 4200
Houston, Texas 77002
(713) 220-3667
dterry@huntonak.com
blevey@huntonak.com

**Counsel for Petitioner Trent Capital LLC**
Brandon O. Moulard
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree St. NE, Suite 1500
Atlanta, Georgia 30309
Phone: 678.690.5750
brandonmoulard@parkerpoe.com

**Counsel for Petitioner**
**Ohio Chemistry Technology Council**
Robert J. Karl
Eric B. Gallon
Porter, Wright, Morris & Arthur LLP
41 S. High Street, Suite 3000
Columbus, OH 43215-6194
Telephone: 614-227-1925
Email: Rkarl@porterwright.com
         Egallon@porterwright.com

**Counsel for Petitioner United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO**
Randy Rabinowitz
Occupational Safety and Health Law Project, LLC P.O. Box 3769
Washington, D.C. 20027
202/256-4080
randy@oshlaw.org

Victoria L. Bor
Occupational Safety and Health Law Project, LLC P.O. Box 3769
Washington, D.C. 20027
301/785-3204
victoriabor8 7@gmail.com

*s/ Laura J. Brown*
LAURA J. BROWN

Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-3376
Laura.J.S.Brown@usdoj.gov

*Attorney for Respondents, EPA and Jane Nishida,
Acting Administrator, EPA*